## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## KAREEN DENISE WHEELER,
*Defendant-Appellant.*

Clackamas County Circuit Court
CR0901560; A145653

274 P3d 894

Peter Gartlan, Chief Defender, and Susan Fair Drake, Senior Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Tiffany Keast, Assistant Attorney General, filed the brief for respondent.

Before Brewer, Presiding Judge, and Gillette, Senior Judge.

PER CURIAM

Affirmed. *State v. McLaughlin*, 243 Or App 214, 258 P3d 1241, *adh'd to as modified on recons*, 247 Or App 334, 269 P3d 104 (2011).